IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-1101-RPM-MJW

HELEN TOMICICH,

    Plaintiffs(s),

v.

PUEBLO CITY-COUNTY LIBRARY DISTRICT,
JERRY KING,
RICHARD LEE,
JANET COX,
JANE CARLSON and
ANTHONY ORTEGON,

    Defendant(s).

## ORDER DENYING MOTION TO STRIKE

On June 17, 2005, Defendant Richard Lee filed a motion to strike the plaintiff's reply in support of plaintiff's motion for summary judgment on Defendant Lee's counterclaims.  It is

ORDERED that the motion to strike is denied.

DATED:   June 22, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge